DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**HANNA DEVELOPMENT CORP. HANNA** a/k/a **HANNA DEVELOPMENT CORP.,**

Appellant,

v.

**DEUTSCHE BANK, NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSET TRUST 2007-1 MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1, THE FOUNTAINS OF PALM BEACH CONDOMINIUM, INC. NO. 4, ROBERT NOSEL** a/k/a **ROBERT J. NOSEL, BRIAN L. KIMBER, PA, STATE OF FLORIDA DEPARTMENT OF REVENUE, DAWN C. NOSEL, CLERK OF THE CIRCUIT COURT OF PALM BEACH COUNTY, FLORIDA,**

Appellees.

No. 4D17-1681

[April 5, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502015CA008503XXXXMB.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Anthony R. Yanez and Nicole R. Topper of Blank, Rome, LLP, Fort Lauderdale, for appellee Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-1, Mortgage Backed Pass-Through Certificates, Series 2007-1.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***